UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

        Plaintiff,

    v.

JOE BARNETT, *et al*,

        Defendants.

Case No. C03-5524KLS

ORDER

This matter is before the court on plaintiff's filing of a letter requesting a stay of the proceedings in this matter. (Dkt. #75).  After reviewing plaintiff's motion and the remaining record, the court hereby finds and ORDERS:

On June 3, 2005, the clerk received a letter from plaintiff, in which plaintiff requested a stay of the proceedings in this case, because he does not have access to any of his legal materials related to this case and because he is currently awaiting trial on a criminal matter.  However, plaintiff has not filed his request as a proper motion, nor does it appear that he has provided any notice to defendants.  Plaintiff's request for a stay in the proceedings in this matter is hereby DENIED.

The clerk is directed to send copies of this Order to plaintiff and counsel for defendants.

DATED this 8th day of August, 2005.

Karen L. Strombom
United States Magistrate Judge