1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

          Plaintiff,

    v.

JOE BARNETT, *et al*,

          Defendants.

Case No.  C03-5524KLS

ORDER

This matter is before the court on plaintiff's filing of a motion for a stay of the proceedings in this matter. (Dkt. #103).  After reviewing plaintiff's motion and the remaining record, the court hereby finds and ORDERS:

On August 31, 2005, the clerk received plaintiff's motion, in which he stated that he did not have access to any of his legal materials related to this case due to a recent transfer to another institution and a pending criminal matter.  On September 6, 2005, however, plaintiff filed an "emergency motion," in which he request that his motion for a stay of the proceedings be denied, as he had recently received his legal materials.  Accordingly, plaintiff's "emergency motion" (Dkt. #106) is hereby GRANTED, and his motion for a stay in the proceedings in this matter (Dkt. #103) is hereby DENIED.

The clerk is directed to send copies of this Order to plaintiff and counsel for defendants.

DATED this 29th day of September, 2005.

Karen L. Strombom
United States Magistrate Judge