UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

        Plaintiff,

   v.

JOE BARNETT, *et al*,

        Defendants.

Case No. C03-5524KLS

ORDER

     This matter is before the court on plaintiff's filing of an amended civil rights complaint under 42 U.S.C. § 1983. Plaintiff has been granted *in forma pauperis* status (Dkt. #10), and thus is proceeding *pro se* in this case.

     On June 2, 2005, the court granted plaintiff's motion to amend his complaint, and the amended complaint was filed and served on defendants by the United States Marshals at that time. (Dkt. #71 and #73). To date, however, no answer or other responsive pleading has been filed by defendants regarding the amended complaint.

     Accordingly, this court orders the following:

     (1)    Defendants shall file an answer or other responsive pleading to the amended complaint by **no later than November 3, 2005**.

ORDER
Page - 1

(2)　　The clerk is directed to send copies of this Order to plaintiff and defendants' counsel.

DATED this 3rd day of October, 2005.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2