UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS ALLEN GORDON,

        Plaintiff,

    v.

JOE BARNETT, *et al*,

        Defendants.

Case No. C03-5524KLS

ORDER

    This matter is before the court on plaintiff's filing of a letter requesting a stay of the proceedings in this matter. (Dkt. #75). After reviewing plaintiff's motion and the remaining record, the court hereby finds and ORDERS:

    On November 25, 2005, plaintiff filed a motion for stay of proceedings in this matter. (Dkt. #111). In that motion and supporting affidavit, plaintiff requests a stay because he is unable to gain access to a law library for the purpose of prosecuting this and other civil causes of action he currently has pending. (Dkt. #111 and #112). Plaintiff's motion was noted for December 16, 2005, but no response has been received from defendants, although it seems they were served with that motion. (Dkt. #113).

    As the deadline for discovery in this case is March 5, 2006 (Dkt. #114), plaintiff's motion would appear to be of some import. Before the court can adequately address the claims in plaintiff's motion, however, it requires further briefing from the parties. First, plaintiff fails to specify the length of time he believes such a stay will need to be in place and why that amount of time is necessary. Plaintiff, therefore, shall file a supplement to his motion specifying the length of the stay he desires, and explaining why that

amount of time is necessary, by **no later than February 17, 2006**.

Defendants shall respond to plaintiff's motion and any supplement thereto that he files by **no later than February 24, 2006**, explaining why that motion should not be granted. Plaintiff's reply to defendants' response, if any, shall be due **no later than March 3, 2006**. The clerk, therefore, shall re-note plaintiff's motion for stay of proceeding for consideration on **March 10, 2006**. Should the court find a stay in this matter to be proper, it will make all appropriate changes to the discovery and other pretrial deadlines accordingly.

The clerk is directed to send copies of this Order to plaintiff and counsel for defendants.

DATED this 25th day of January, 2005.

Karen L. Strombom
United States Magistrate Judge