# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS ALLEN GORDON

      v.

JOE BARNETT, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C03-5524KLS

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the defendants' motion for summary judgment (Dkt. #162) is hereby GRANTED and plaintiff's second amended complaint (Dkt. #140), and therefore this cause of action, hereby is DISMISSED.

   April 3, 2008  
Date

   BRUCE RIFKIN  
Clerk

   *s/CM Gonzalez*  
Deputy Clerk