AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS ALLEN GORDON | JUDGMENT IN A CIVIL CASE |
| v. | |
| JOE BARNETT, et al., | CASE NUMBER: C03-5524KLS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' motion for summary judgment (Dkt. #200) is hereby GRANTED, and therefore, plaintiff's complaint hereby is DISMISSED.


| February 16, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |