UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS ALLEN GORDON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOE BARNETT, JOE DUNEGAN, KIM BELTRAN, CHRIS WOLFE, VICKI ADAMS, PAUL FLORES, and PAT MONTEE,<br><br>　　　　　　　　Defendants. | No. C03-5524 KLS<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

On February 3, 2011, the court entered an Order denying Plaintiff's motion for an extension of time (ECF No. 206). ECF No. 208. Plaintiff requested an extension of time to respond to the Defendants' summary judgment motion. However, the court's Order on the motion for summary judgment was entered over one year ago, on February 16, 2010. Even assuming Plaintiff's stated reasons for not filing his response or seeking an extension, Plaintiff offered no explanation of why he waited over eleven months to seek an extension.

In his motion for reconsideration, Plaintiff provides additional detail regarding his time in segregation and mental health problems that he suffered during the latter part of 2009.

ORDER - 1

## DISCUSSION

Motions for reconsideration are disfavored and will ordinarily be denied in the "absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rule CR 7(h)(1).  Plaintiff has identified no error in the court's order, nor presented any new facts or legal authority to show that reconsideration is inappropriate.

It is, therefore, **ORDERED:**

(1)   Plaintiff's motion for reconsideration (ECF No. 209) is **DENIED**.

(2)   The Clerk is directed to send copies of this Order to plaintiff and to counsel for Defendants.

**DATED** this  17th   day of February, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2